# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CHRISTOPHER MAIKE, :

    Plaintiff, :

vs. : Case No. 3:14cv00228

     : District Judge Walter Herbert Rice

CAROLYN W. COLVIN, : Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration, :

    Defendant. :

---

# DECISION AND ENTRY

---

    The Court has conducted a _de novo_ review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

    Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on April 29, 2015 (Doc. #14) is adopted in full;

2. The Commissioner's non-disability finding is vacated;

3. No finding is made as to whether Plaintiff Christopher Maike was under a "disability" within the meaning of the Social Security Act;

4. This case is remanded to the Commissioner and the Administrative

Law Judge under Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with this Decision and Entry and the Report and Recommendations; and,

5. The case is terminated on the docket of this Court.

　　　　　　　　　　　　　　　　　　／s／ Walter Herbert Rice
　　　　　　　　　　　　　　　　　　Walter Herbert Rice
　　　　　　　　　　　　　　　　　　United States District Judge